IN THE SUPREME COURT OF TEXAS

 No. 08-0298

 IN RE MEDICAL CARBON RESEARCH INSTITUTE, L.L.C. AND JACK C. BOKROS, PH.D.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for stay, filed April 21, 2008, is granted.
All trial court proceedings in Cause No. 33349 BH05, styled Michael M.
Phillips v. Jack C. Bokros, Ph.D. and Medical Carbon Research Institute,
L.L.C., in the 23rd District Court of Brazoria County, Texas, are stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 27, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk